IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUPER PRODUCTS, LLC,

    Plaintiff,

-vs-

HYDRO-EXC. INC., and NAVISTAR, INC.,

    Defendants.               NO.  12-cv-272-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 17, 2012, this case is **DISMISSED** with prejudice.

        NANCY J. ROSENSTENGEL,
        **CLERK OF COURT**


        BY:      /s/***Sandy Pannier***
                **Deputy Clerk**


Dated: July 24, 2012

David R. Herndon
2012.07.24
05:49:06 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT